

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00251-CR

---

RICKY PENICK, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 272nd District Court
Brazos County, Texas
Trial Court No. 11-02461-CRF-272, Honorable Travis B. Bryan III, Presiding

---

May 3, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Ricky Penick, Jr., appeals from the trial court's judgment revoking his community supervision and sentencing him to three years' confinement for the offense of driving while intoxicated. Now pending before this court is appellant's motion to voluntarily dismiss his appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by appellant and his attorney. As no decision of the court has been delivered, the motion is granted, and the appeal is dismissed.

No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.